ASSOCIATED FLOUR HAULERS & WAREHOUSEMEN, INC., Respondent, v. NAT HOFFMAN, as President, etc., and Others, Defendants, and TRIBOROUGH TRANS-

PORTATION CORP., Defendant, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within twenty days after service of a copy of the order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.; Martin, P. J., and Callahan, J., dissent and vote to reverse and grant the motion.